IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY wbe D.C.

05 NOV 22 PM 5:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ROBERT L. WILLIAMSON and wife HELEN WILLIAMSON,<br><br>    Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., REBECCA DAY HUDE, DPH, DEBORAH ANN WARD, DPH, SARAH C. CAPOCACCIA, STEPHANIE B. ISON, JENNIFER PACE, CRAIG BRELAND, and EDWYNA R. BONNER,<br><br>    Defendants. | No. 05-2702 Ml/V |

### ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE A MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR REMAND

Before the Court is Defendant's Motion to Extend Time to File a Memorandum in Opposition to Plaintiffs' Motion for Remand, filed November 14, 2005. Defendant specifically moves for an extension of time until November 14, 2005. Good cause having been shown, the Court GRANTS the motion.

SO ORDERED this 22 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

-1-

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02702 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mark Guerrero
Mithoff & Jacks, P.C.
111 Congress Avenue
Suite 1010
Austin, TX 78701

Joseph R. Alexander
Mithoff & Jacks
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

Debora Ann Ward
,

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Richard Warren Mithoff
MITHOFF & JACKS, P.C.
One Allen Center Penthouse
500 Dallas
Houston, TX 77002

James L. Wright
JACKS LAW FIRM
111 Congress Ave. Ste. 1010
Austin, TX 78701

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Tommy Jacks
Mithoff & Jacks
111 Congress Avenue
Suite 1010
Austin, TX 78701

Honorable Jon McCalla
US DISTRICT COURT